UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erin Hart, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DecoPac, Inc.,<br><br>Defendant. | Case No. 0:25-cv-144 (JRT/SGE)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Rule 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed without prejudice as to Defendant DecoPac, Inc., with each party to bear its own costs and attorneys' fees.

Dated: June 23, 2025

Respectfully submitted,

s/ *Philip J. Krzeski*
Bryan L. Bleichner (MN #0326689)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. S., Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnut cambronne.com*

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One W. Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
*ostrow@kolawyers.com*

***Attorneys for Plaintiff***